UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT JACOBSON      CIVIL ACTION

VERSUS

18-829-SDD-RLB

SOUND INPATIENT PHYSICIANS, INC., ET AL.

## RULING AND JUDGMENT OF REMAND

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 7, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the *Motion to Remand*[3] is GRANTED and this matter is hereby remanded to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Signed in Baton Rouge, Louisiana on January 29, 2019.

*/s/ Shelly D. Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 22.
[3] Rec. Doc. 12.

19th JDC - Certified